No. A–285.  WOHLGEMUTH v. PLANNED PARENTHOOD ASSOCIATION OF SOUTHEASTERN PENNSYLVANIA, INC., ET AL.  C. A. 3d Cir.  Application to vacate preliminary injunction, presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied.

No. A–445.  PARKER v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Application for continuance of bail pending timely filing of petition for writ of certiorari, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–501.  HOWARD v. UNITED STATES.  C. A. 5th Cir.  Application for bail pending appeal, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–518.  McINTOSH v. WOODWARD, ACTING DIRECTOR, UNITED STATES BOARD OF PAROLE, ET AL.  C. A. 5th Cir.  Application for bail pending appeal, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–547 (74–5678).  LIDDY v. UNITED STATES.  C. A. D. C. Cir.  Application for bail, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.